**Pat LUNDGREN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 43647.**

Missouri Court of Appeals,
Western District.

July 9, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 27, 1991.

Application to Transfer Denied
Oct. 16, 1991.

David S. Durbin, Appellate Defender,
Anthony C. Cardarella, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen.,
Kansas City, for respondent.

Before LOWENSTEIN, P.J., and
TURNAGE and FENNER, JJ.

ORDER

PER CURIAM:

Appeal from denial of motion filed pursuant to Rule 24.035. Judgment affirmed.
Rule 84.16(b)

■

**Terrence CLAYTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 44271.**

Missouri Court of Appeals,
Western District.

July 9, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 27, 1991.

Application to Transfer Denied
Oct. 16, 1991.

Susan L. Hogan, and Mary F. Clark,
Asst. Appellate Defenders, Kansas City,
for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson
City, for respondent.

Before KENNEDY, P.J., and
SHANGLER and ULRICH, JJ.

ORDER

PER CURIAM.

Defendant appeals from the denial of a
Rule 29.15 motion for post-conviction relief,
without an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).